UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0201--CV (JWS)
"USA V DALEN JOHNSON"

Including terminated parties, excluding terminated counsel

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 09/03/04
Closed: 07/01/05

Jurisdiction: (2) U.S. Defendant
PLF Diversity:
DEF Diversity:

Nature of Suit: (510) Vacate sentence (2255)

Origin: (1) Original Proceeding
Demand:
Filing fee: In Forma Pauperis
Trial by:

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | No counsel found for this party! |
| DEF 1.1 | JOHNSON, DALEN | No counsel found for this party! |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA               │
│              CIVIL DOCKET ENTRIES FOR CASE A04-0201--CV (JWS)                 │
│                        "USA V DALEN JOHNSON"                                  │
│─────────────────────────────────────────────────────────────────────────────│
│                          For all filing dates                                │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 09/03/04
             Closed: 07/01/05

        Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

     Nature of Suit: (510) Vacate sentence (2255)

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: In Forma Pauperis
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE -  1 | 09/03/04 | Notation: ALL FUTURE FILINGS ARE TO BE INTO A01-0112CR (JWS) |